AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Sylvia Bowen-Hooks
*Plaintiff*
v.
The City of New York, et. al.,
*Defendant*

Case No. 10-CV-5947

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sylvia Bowen-Hooks.

Date: 01/11/2012

Susan P. Bernstein
*Attorney's signature*

Susan Penny Bernstein (SB6399)
*Printed name and bar number*

1983 Marcus Avenue
Suite C-120
Lake Success, N.Y. 11042
*Address*

sbernstein@cblawyers.net
*E-mail address*

(516) 358-1700
*Telephone number*

(516) 358-1730
*FAX number*